1
2
3   **JS-6**
4
5
6
7
8
   **UNITED STATES DISTRICT COURT**
9
   **CENTRAL DISTRICT OF CALIFORNIA**
10
11  BOARD OF DIRECTORS OF THE          ) Case No.: CV 16-6672 DSF (PLAx)
    MOTION PICTURE INDUSTRY            )
12  PENSION PLAN; BOARD OF             )
    DIRECTORS OF THE MOTION            ) **JUDGMENT**
13  PICTURE INDUSTRY                   )
14  INDIVIDUAL ACCOUNT PLAN;           )
    BOARD OF DIRECTORS OF THE          )
15  MOTION PICTURE INDUSTRY            )
16  HEALTH PLAN,                       )
                                       )
17                                     )
              Plaintiffs,              )
18        v.                           )
                                       )
19                                     )
    EXTRACT PRODUCTIONS, LLC, a        )
20  California limited liability company, )
21                                     )
              Defendant.
22  _____
23
24
        For the reasons stated in the Court's Order Granting Plaintiffs' Motion for
25
    Entry of Default Judgment Against Defendant Extract Productions, LLC, it is
26
27  ordered, adjudged, and decreed that Plaintiffs Boards of Directors of the Motion
28

Picture Industry Pension Plan, Board of Directors of the Motion Picture Industry Individual Account Plan, and Board of Directors of the Motion Picture Industry Health Plan shall have judgment against Extract Productions, LLC as follows:

| | |
|---|---|
| Contributions (6/22/2008 to 3/9/2012): | $2,685.40 |
| Interest (through 1/23/17) | $2,707.62 |
| Liquidated damages (through 1/23/17) | $2,707.62 |
| Audit fees | $1,386.00 |
| Attorneys' fees (L.R. 55-3) | $1,148.66 |
| Litigation costs | $517.24 |
| TOTAL | $11,152.54 |

Dated: _1/23/17              _____
                                            Dale S. Fischer
                                     United States District Judge